998

No. 92–7579.  HUMPHREY v. UNITED STATES.  C. A. 11th Cir. Certiorari denied.

No. 92–7583.  DUMAS v. UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 92–7584.  CROCKETT v. UNITED STATES.  C. A. 7th Cir. Certiorari denied.

No. 92–7585.  LEMONS ET AL. v. UNITED STATES.  C. A. 4th Cir.  Certiorari denied.

No. 92–7590.  LOWERY v. YOUNG ET AL.  C. A. 7th Cir.  Certiorari denied.

No. 92–7593.  MONACO v. ARMSTRONG ET AL.  C. A. 8th Cir. Certiorari denied.

No. 92–7595.  FELDER v. UNITED STATES.  C. A. 6th Cir. Certiorari denied.

No. 92–7596.  HINES v. VANDERBILT UNIVERSITY MEDICAL CENTER ET AL.  C. A. 6th Cir.  Certiorari denied.

No. 92–7604.  MESTERINO v. UNITED STATES.  C. A. 2d Cir. Certiorari denied.

No. 92–7605.  BLALOCK v. ENDELL, DIRECTOR, ARKANSAS DEPARTMENT OF CORRECTION.  C. A. 8th Cir.  Certiorari denied.

No. 92–7616.  CANTY v. UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 92–7623.  DAVIS v. UNITED STATES.  C. A. 11th Cir.  Certiorari denied.

No. 92–7624.  GRANT v. UNITED STATES;
No. 92–7633.  CLAVIS v. UNITED STATES; and
No. 92–7658.  GREENE v. UNITED STATES.  C. A. 11th Cir. Certiorari denied.  Reported below: 956 F. 2d 1079 and 977 F. 2d 538.

No. 92–7626.  GABE v. UNITED STATES.  C. A. 2d Cir.  Certiorari denied.